# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Shawn H. Faison-Hampton
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Hart Agency
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:21 cv 2213 SDM-CPT
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shawn H. Faison-Hampton
Street Address: 2208 Oakview Lane
City and County: Plant City, Hillsborough
State and Zip Code: Florida 33566
Telephone Number: 305-761-7170
E-mail Address: sfhampton@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: HART AGENCY
- Job or Title (if known): ORGANIZATION
- Street Address: 1204 E. 7th Ave
- City and County: Tampa - Hillsborough
- State and Zip Code: Florida 33566
- Telephone Number: 813-384-6301
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HART AGENCY |
| Street Address | 1201 E. 7th Ave |
| City and County | Tampa - Hillsborough |
| State and Zip Code | Florida 33605 |
| Telephone Number | 813-623-5835 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*:

Retaliation

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
4/29/2019 & 7/28/2019

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [x] color _____
- [x] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
Didn't think I'd be able to jump in + out of the van to make the deliveries of mail + schedules.

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

### Termination
I got hurt on the job, Friday April 26, 2019, due to their (HART) negligence. As soon as I was cleared, according to their Workman's Comp Doctor, upon my final doctor follow-up visit Wednesday August 28, they fired me that Friday August 30, 2019. They tried to make me go out the back door down the back stair's but I said NO! I did nothing wrong I have nothing to hide you all don't want the other staff to know that you're letting me go, 'cause you're wrong in what you're doing.

### Failure to Accommodate My Doctor's Order Injury/Disability
My job Doctor's orders were office duties only! At one location they had mean doing filing in maybe like a 6 or 8 drawer file cabinet, where I'm bending, standing, kneeling, and reaching as an assignment on my bombed knee and bombed ankle. I did the assignment and I completed it without saying anything about it verbally, I guess it may have showed in my mannerism or body language.

### Unequal Terms & Conditions of my Employment (Discrimination)
***There was an Hispanic female that was beaten on the job and on disability/office duties only, that accommodations were made for.

***There was a white guy that had surgery on his shoulder and on disability/office duties only, that they made accommodations.

***ME, the Female, African American they sent home to convalesce. Now, they did send me over one of their locations on Marion Street, where I previously described the filing activity. But it was a set up the supervisor, there whose name is Kimi was my immediate supervisor Carla Williams best friend so of course she was in cahoots with her, to make it hard for me. I was given an assignment by another staff members to complete and was told that I did a great job and I also have the documents to show the assignment that was given and the completion of the assignment.

### Retaliation
Upon my return I did not see the previous Department Director whose name is Vanessa Brooks. On the second day of my return, and not seeing her I asked a coworker, In the presence of my immediate supervisor, Carla Williams, not knowing that she had been appointed Department Director in my absence, where was Mrs. Brooks I haven't seen her since I've been back. By this time 3 or 4 co-workers (the cliché) had appeared including Carla Williams the newly appointed Department Director, and they did this deep deep sigh, like they were breathing fresh air, so I'm standing there waiting for an answer and when I asked where was Mrs. Brooks again they asked me "can't your smell the fresh air in the building" and I replied, "meaning what" and they told me that she's no longer here, don't you feel the new change in the air, there's a "new sheriff in charge, and they all burst out laughing and snickering, and said Carla Williams is now the Department Director! So I'm standing there unamused and said "oh that's what were doing at the expense of someone else, Congratulations and I proceeded to my desk and gathered my things and headed out to deliver the mail and resume my schedule of delivering the bus schedules, sorting & arranging the brochures at the designated locations. Because I didn't partake in the festivities or downfall of the previous Department Director, of course now I'm out of the cliché, and the beginning of my demise begin, resulting in me being Terminated!

### Clichés
in the work place need to cease! I was and I am a EXCELLENT team player, and a GREAT Supervisor when I was hired for that position in my previous employment.

I was never written up, scolded, counseled, reprimanded, or had a harsh word with anyone!

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12/19/2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 6/22/2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain & Suffering
Back Pay
Future Pay
Job Back so I can resign properly
Clear My Name

Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/17/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff:

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____